UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Mark Falk, U.S.M.J. |
| : | |
| : | Mag. No. 14-3545 |
| v. : | |
| : | |
| ROBERT RICHARDSON : | **ORDER FOR CONTINUANCE** |
| : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Sara F. Merin, Assistant U.S. Attorney), and Defendant Robert Richardson (by Carol Gillen, Assistant Federal Public Defender), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days, and the Defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b), and the Defendant through his attorney having consented to the continuance, and four prior continuances having been granted by the Court; for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant seek additional time to achieve successful resolution of these negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**WHEREFORE**, it is on this ___3___ day of ~~October~~ Nov, 2014,

**ORDERED** that the proceedings scheduled in the above-captioned matter are continued from the date this Order is signed through and including December 31, 2014;

**IT IS FURTHER ORDERED** that the period from the date this Order is signed through and including December 31, 2014 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE MARK FALK
UNITED STATES MAGISTRATE JUDGE

Consented and Agreed By

_____
Carol Gillen
Assistant Federal Public Defender
Counsel for Defendant

_____
Sara F. Merin
Assistant United States Attorney

_____
Joseph Mack
Assistant United States Attorney
Acting Chief, General Crimes Unit

_____
Lisa M. Colone
Assistant United States Attorney
Deputy Chief, Criminal Division