PROB 12C
(4/17)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Robert Richardson  **Docket Number:** 15-CR-0026-01
  **PACTS Number:** 24221

**Name of Sentencing Judicial Officer:**   THE HONORABLE SUSAN D. WIGENTON
  UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 12/14/2015

**Original Offense:** 18 U.S.C. §§ 111(a)(1) and 111(b); Assaulting and Inflicting Bodily Injury on a Federal Employee

**Original Sentence:** 46 months imprisonment, 3 years supervised release

**Special Conditions:** Special Assessment, Alcohol/Drug Testing and Treatment, and Mental Health Treatment

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 08/07/2017

**Assistant U.S. Attorney:** Courtney A. Howard, 970 Broad Street, 7th Floor, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Carol Gillen, Federal Defenders Office, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

☑ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'You must not unlawfully possess a controlled substance.'** |
|  | Sometime between Friday, November 3, 2017, and Saturday, November 4, 2017, the offender possessed cocaine, a controlled substance. |

Prob 12C – page 2
Robert Richardson

2  The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'**

On Saturday, November 4, 2017, the offender entered the Veteran's Affairs Hospital in East Orange, New Jersey. He admitted to the use of cocaine and toxicology reports confirm his use of this controlled substance.

I declare under penalty of perjury that the foregoing is true and correct.

By: Donna W Shaw
Senior U.S. Probation Officer
Date: 11/08/2017

---

THE COURT ORDERS:

☒ The Issuance of a Warrant
☐ The Issuance of a Summons. Date of Hearing: _____.
☐ No Action
☐ Other

Signature of Judicial Officer

Nov. 13, 2017
Date