```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

                       MINUTES OF PROCEEDINGS
```

Newark                                         Date: 04/24/18

**JUDGE SUSAN D. WIGENTON**

Deputy Clerk: Gail Hansen

Court Reporter: Joanne Sekella

Other: USPO Donna Shaw                         2:15-cr-0026-01

TITLE OF CASE:

United States
v. Robert Richardson

Appearances:

AUSA Courtney Howard
AFPD Carol Gillen for Defendant

NATURE OF PROCEEDINGS: COMPETENCY HEARING/VIOLATION OF
                      SUPERVISED RELEASE/SENTENCING

The Court finds defendant competent to address his legal
situation.

Defendant sworn
Plea: Guilty to Violation #2

Sentence: The supervised release imposed on 12/14/15 is revoked
and the offender is committed to the custody of the Bureau of
Prison for a term of 7 months;
No further supervision imposed.
Ordered Violation #2 dismissed
Defendant advised of his right to appeal
Ordered defendant remanded.

                                     Gail A. Hansen
                                     Deputy Clerk

Time Commenced: 12:00 p.m.
Time Concluded: 12:20 p.m.
Total Time: 20 minutes