AO 442 (Rev. 01/09) Arrest Warrant

RECEIVED
JUL 9 - 2018
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) |
|---|---|
| v. | ) |
| ROBERT RICHARDSON | ) Case No. 2:15-cr-00026-SDW-1 |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ROBERT RICHARDSON ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Violations #1-2

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST   11/14/17
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey
By: _____ Deputy Clerk

Date: 11/14/2017                                                              _____
                                                                              *Issuing officer's signature*

City and state:   Newark, New Jersey                                          Michael Dixon, Deputy Clerk
                                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/14/2017, and the person was arrested on *(date)* 11/28/2017
at *(city and state)* East Orange, NJ .

Date: 11/28/2017                                                              _____
                                                                              *Arresting officer's signature*

                                                                              Anthony Rossi  DUSM
                                                                              *Printed name and title*